**Keith DOUGLAS, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 54576.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 6, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 11, 1989.

Application to Transfer Denied
Feb. 14, 1989.

Janis C. Good, St. Louis, for movant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Keith Douglas, appeals from the denial of his Rule 27.26 motion after an evidentiary hearing.

JUDGMENT AFFIRMED. Rule 84.-16(b).

**Robert BOBO, Movant–Appellant,**

v.

**STATE of Missouri,
Respondent–Respondent.**

**No. 54419.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 6, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 11, 1989.

Application to Transfer Denied
Feb. 14, 1989.

Holly G. Simons, Asst. Public Defender, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals after the denial of his Rule 27.26 motion without an evidentiary hearing. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).